United States District Court

For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   CYBER EBOT WATTSON,

10          Plaintiff,                                    No. C 14-01366 JSW

11   v.

12   CITYATTORNEYOFCORALGABLES.COM,          **ORDER ON MOTION TO
                                             PROCEED IN FORMA PAUPERIS**

13          Defendant.
                                                    /
14

15          On March 25, 2013, Plaintiff Cyber Ebot Wattson ("Plaintiff") filed a complaint and a

16   motion to proceed *in forma pauperis*.  Courts must deny an *in forma pauperis* application under

17   certain circumstances, including when the underlying complaint sought to be filed is frivolous

18   or when it fails to state a claim upon which relief may be granted.  28 U.S.C. § 1915(e)(2).

19          In contravention of Federal Rule of Civil Procedure 8(a), Plaintiff has failed to file a

20   pleading setting forth the grounds upon which this Court has jurisdiction, "a short and plain

21   statement of the claim showing that the pleader is entitled to relief,  ... and a demand for

22   judgment for the relief the pleader seeks."  It is not clear to the Court who Plaintiff is seeking to

23   sue, what claims Plaintiff seeks to bring, or what facts Plaintiff alleges occurred.  Therefore,  it

24   is not clear to the Court on what basis Plaintiff contends that this Court has subject matter

25   jurisdiction over any claims he make seek to assert.

26          Accordingly, Plaintiff's application to proceed *in forma pauperis* is HEREBY DENIED

27   and the Complaint is DISMISSED WITH LEAVE TO AMEND.  If Plaintiff wishes to pursue

28   this action, he must file an amended complaint setting forth a cognizable legal claim and some

United States District Court

For the Northern District of California

1    factual basis to support a claim with federal jurisdiction by **April 25, 2014**.  Plaintiff may file a

2    renewed application to proceed *in forma pauperis* upon filing an amended complaint.  Failure to

3    file timely an amended complaint shall result in dismissal of this action without prejudice.

4          The Court advises Plaintiff that a Handbook for Pro Se Litigants, which contains helpful

5    information about proceeding without an attorney, is available through the Court's website or in

6    the Clerk's office.  The Court also advises Plaintiff that he also may wish to seek assistance

7    from the Legal Help Center.  Plaintiff may call the Legal Help Center at 415-782-8982 or sign

8    up on the 15th Floor of the Courthouse, Room 2796, for a free appointment with an attorney

9    who may be able to provide basic legal help, but not legal representation.

10         **IT IS SO ORDERED.**

11

12   Dated:  March 28, 2014

     JEFFREY S. WHITE

13   UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CYBER EBOT WATTSON,

        Plaintiff,

  v.

CITYATTORNEYCORALGABLES.COM
et al,

        Defendant.

Case Number: CV14-01366 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 28, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cyber Ebot Wattson
148 Dempsey Way
Rodeo, CA 94572

Dated: March 28, 2014

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk